IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT CF KANSAS

UNITED STATES OF AMERICA,

        Petitioner,

v.                                  Case No. 06-4054-SAC

ROBERT L. CARNAHAN,

        Respondent.

ORDER TO SHOW CAUSE WHY COMPLIANCE
WITH INTERNAL REVENUE SERVICE SUMMONS SHOULD NOT BE COMPELLED

Upon the Petition and the Exhibits attached thereto, including the Declaration of Gail A. Pattison, Revenue Officer of the Internal Revenue Service, and upon the motion of the United States Attorney for the above-named petitioner, it is:

ORDERED that respondent, Robert L. Carnahan, appear before the United States District Court for the District of Kansas presided over by the undersigned in his courtroom in the United States Courthouse, 444 SE Quincy, Topeka, Kansas, Courtroom 470, on the 10th day of July, 2006 at 2:00 p.m., to show cause why he should not be compelled to obey the Internal Revenue Service summons served upon him as set forth in the petition.

IT IS FURTHER ORDERED that a copy of this Order, together with the Petition and the Exhibits attached thereto, be personally served upon the respondent Robert L. Carnahan on or before ten days prior to the hearing date set herein for this Order To Show Cause.

IT IS FURTHER ORDERED that within five days of service of copies of this Order, the

Petition and the Exhibits, the respondent Robert L. Carnahan shall file and serve written response to the Petition.

Dated this 25th day of May, 2006.

                                          s/ K. Gary Sebelius
                                          K. GARY SEBELIUS
                                          United States Magistrate Judge

United States District Court For The District Of Kansas
*United States f America v. Robert L. Carnahan, Case No. 06-cv-04054*
*Order To Show Cause Why Compliance With Internal Revenue Service Summons*
*Should Not Be Compelled, Page 2*