IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

                Petitioner,

vs.                                             Case No.  06-4054-SAC

ROBERT L. CARNAHAN,

                Respondent.

## **ORDER**

This matter comes before the Court upon defendant Robert L. Carnahan's Response to the Court's Order Setting a Show Cause Hearing (Doc. 7). Specifically, Dr. Carnahan requests that the Court "stay" this hearing, currently scheduled for July 13, 2006, at 9:30 a.m., for "2-3 weeks." The Court has contacted counsel for plaintiff United States of America, who has indicated to the court that plaintiff opposes a stay of this hearing. However, the Court, having reviewed defendant's Response and in light of the Court's own schedule, is inclined to continue this hearing up to and including **July 27, 2006**.

As a final note, the Court strongly urges defendant Dr. Carnahan to bring with him to the above mentioned hearing all documentation relevant to this matter, as the Court will not be inclined to grant defendant any further extensions of time.

**IT IS THEREFORE ORDERED** that the respondent, Robert L. Carnahan, appear before the United States District Court for the District of Kansas presided over by the undersigned in his courtroom in the United States Courthouse in Topeka, Kansas, Courtroom 470, on the 27th day of July, 2006, at 1:30 p.m., to show cause why he should not be compelled to obey the Internal Revenue Service summons served upon him as set forth in the petition.

**IT IS SO ORDERED.**

Dated this 7th day of July, 2006, at Topeka, Kansas.

                                            s/ K. Gary Sebelius
                                            K. GARY SEBELIUS
                                            United States Magistrate Judge